```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**RICHARD D. MURRAY, Sr.,**

    **Plaintiff**

**v.**                                  **CIVIL ACTION NO. 2:05-796**

**STATE OF WEST VIRGINIA,**
**DARRYL V. MCGRAW, JAMES E.**
**RUBENSTEIN, WILLIAM S. HAINES,**
**THE HONORABLE GRAY SILVER, and**
**THE HONORABLE CHRISTOPHER WILKES,**

    **Defendants**

### O R D E R

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Mary E. Stanley, entered on October 24, 2005; and the magistrate judge having recommended that the court deny plaintiff's "Motion for a Preliminary Injunction; Temporary Restraining Order; Intervention by the United States for Constitutional Questions and Request for Expedited Evidentiary Hearing"; deny plaintiff's application to proceed in forma pauperis before this court; deny plaintiff's application for appointment of counsel; and dismiss this action with prejudice.  As no objection has been filed to the proposed findings and recommendation, it is ORDERED that the proposed findings and recommendation be, and the same hereby are, adopted by the court.

The Clerk is directed to forward copies of this order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

DATED: November 14, 2005

John T. Copenhaver, Jr.
United States District Judge